IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EAGLEONE HOTSHOT, INC. d/b/a
EAGLEONE OIL FIELD TRANSPORTATION                                    PLAINTIFF

V.                                    NO. 10-2062

RICK BENSON                                                           DEFENDANT

## ORDER

The above case was set for a Hearing on the Plaintiff's Motion for Tempory Restraining Order and for Preliminary Injunction (Doc. 7) filed May 18, 2010.  A Hearing was scheduled by order (Doc. TEXT) dated June 11, 2010.  The Court has been advised that the parties have settled their dispute and requested that the hearing be cancelled.

Accordingly the Hearing set for July 23, 2010 is hereby CANCELLED.

IT IS SO ORDERED this July 21, 2010.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE